IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
GREENVILLE DIVISION

| | | |
|---|---|---|
| TIMOTHY SCOTT LITTLE, | § § § | |
| Plaintiff, | § § | |
| v. | § § | CIVIL ACTION NO. 4:19-cv-00056-JMV |
| NANCY BERRYHILL, COMMISSIONER OF SOCIAL SECURITY, | § § § § § | |
| Defendant. | § | |

## ORDER

On this date came for consideration Defendant's Unopposed Motion to Remand and Enter Judgment, with Supporting Memorandum, and the Court being advised in the premises is of the opinion that said Motion should be granted.

It is, therefore, ORDERED that Defendant Commissioner's motion is GRANTED, and his June 12, 2018 final administrative decision denying Plaintiff's claim for disability insurance benefits under Title II and his claim for supplemental security income under Title XVI of the Social Security Act, 42 U.S.C. §§ 416(i), 423, 1382c, shall be reversed and remanded to the Commissioner for further proceedings pursuant to sentence four of 42 U.S.C. § 405(g) and *Melkonyan v. Sullivan*, 501 U.S. 89 (1991).

SIGNED this 6th day of September, 2019.

/s/ Jane M. Virden
UNITED STATES MAGISTRATE JUDGE