# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF MISSISSIPPI
# GREENVILLE DIVISION

| | |
|---|---|
| TIMOTHY SCOTT LITTLE, | § |
| Plaintiff, | § |
| v. | § CIVIL ACTION NO. |
| | § 4:19-cv-00056-JMV |
| NANCY BERRYHILL, COMMISSIONER OF SOCIAL SECURITY, | § |
| Defendant. | § |

## FINAL JUDGMENT

Consistent with the Order [17] entered this day, the Commissioner's June 12, 2018 final administrative decision denying Plaintiff's claim for disability insurance benefits under Title II and his claim for supplemental security income under Title XVI of the Social Security Act, 42 U.S.C. §§ 416(i), 423, 1382c, is REVERSED; and this case is REMANDED to the Commissioner for further proceedings.

SIGNED this 6th day of September, 2019.

/s/ Jane M. Virden
UNITED STATES MAGISTRATE JUDGE